1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 11-414 WBS
                                    )
11              Plaintiff,          ) APPLICATION AND [PROPOSED] ORDER
                                    ) TO CONTINUE SENTENCING TO
12       v.                         ) FEBRUARY 6, 2012, AT 9:30 A.M.
                                    )
13 ULISES ERNESTO DIAZ MIRANDA,     ) Date:  January 17, 2012
                                    ) Time:  9:30 a.m.
14              Defendant.          ) Judge: Hon. William B. Shubb
                                    )
15 _____  )

16

17       This matter is before the Court on January 17, 2012, at 9:30 a.m.,

18 for sentencing.  United States Probation requires more time to complete

19 the Presentence Investigation Report ("PSR").  The parties and

20 Probation agree to reset the sentencing for February 6, 2012, at 9:30

21 a.m.

22       The parties do not anticipate any complicated issues at

23 sentencing.  The parties prefer to forego a formal disclosure schedule,

24 but reserve the right to reinstate a formal disclosure schedule if

25 unforeseen complications arise upon receipt of the PSR.  The parties

26 intend to file sentencing memoranda upon disclosure of the PSR.

27 / / /

28 [PROPOSED] ORDER                    1                         11-414 WBS

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from Janaury 17, 2012, at 9:30 a.m., to February 6, 2012, at 9:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated: January 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE